```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOHN RYAN,

                     Plaintiff,
                                                    ORDER
        - against -
                                               22 Civ. 6909 (NRB)
AUTOWEB, INC., MICHAEL J. FUCHS,
MATIAS DE TEZANOS, MARK N. KAPLAN,
JARED R. ROWE, JANET M. THOMPSON, AND
JOSE VARGAS,

                     Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the complaint, which challenged the acquisition of AutoWeb, Inc. by a subsidiary of One Planet Group, LLC through a tender offer, was filed on August 14, 2022; and

WHEREAS, there has been no proof of service on any defendant; and

WHEREAS, it has been reported in the press that the tender offer was completed on August 30, 2022;[1] it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed.

---

[1] See https://www.sec.gov/Archives/edgar/data/1023364/000185173422000519/ex_418551.htm.

DATED:   New York, New York
         April 11, 2023

                              _____
                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE